

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,134, AP-76,135, AP-76,136 & AP-76,137

### EX PARTE CHIMINH EDWARD JOHNSON, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOs. 8502; 8503; 8504; 8505
### IN THE 82ND DISTRICT COURT
### FROM FALLS COUNTY

*Per curiam.*

**O P I N I O N**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of four forgery causes and sentenced to eight years' imprisonment for each.

Applicant contends that he was denied an appeal because counsel did not file a timely notice of appeal. We remanded these applications to the trial court for supplemental findings of fact and conclusions of law.

The trial court has determined that notice of appeal was not timely filed. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgments of conviction in Cause Nos. 8502; 8503; 8504; and 8505 from the 82nd Judicial District Court of Falls County. Applicant is ordered returned to that time at which he may give written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: April 22, 2009
Do Not Publish